**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Eastern District of Kentucky | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Georgetown Mobile Estates, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Spindletop Mobile Home Park; DBA Ponderosa Mobile Home Park; DBA Spindletop Village Mobile Home Park** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**20-4155702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 Dale Drive**<br>**Georgetown, KY**<br>ZIP Code **40324** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Scott** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 846**<br>**Paris, KY**<br>ZIP Code **40362** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Georgetown Mobile Estates, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Georgetown Mobile Estates, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Matthew B. Bunch**
Signature of Attorney for Debtor(s)

**Matthew B. Bunch**
Printed Name of Attorney for Debtor(s)

**Bunch & Brock**
Firm Name

**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
Address

**(859) 254-5522**
Telephone Number

**May 11, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel E. Sexton**
Signature of Authorized Individual

**Daniel E. Sexton**
Printed Name of Authorized Individual

**Member Manager**
Title of Authorized Individual

**May 11, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Georgetown Mobile Estates, LLC**                                                                 Case No.
                                              Debtor(s)                                Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Daniel E. Sexton**, declare under penalty of perjury that I am the Sole Member and Manager of Georgetown Mobile Estates East, LLC, a Delaware single member limited liability company, and of Star Lite Development, LLC, a Kentucky single member limited liability company, both of which are the members of Georgetown Mobile Estates, LLC, a Kentucky limited liability company, with Georgetown Mobile Estates East, LLC, being the manager of the Debtor corporation, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Debtor corporation at a special meeting duly called and held on the 11th day of May, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel E. Sexton** in his capacity as set forth above for and on behalf of this Debtor corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel E. Sexton,** is hereby authorized and directed to appear, individually or jointly, in all bankruptcy proceedings on behalf of the Debtor corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel E. Sexton** in his capacity as set forth above for and on behalf of the Debtor corporation is authorized and directed to employ **Matthew B. Bunch**, attorney and the law firm of **Bunch & Brock** to represent the Debtor corporation in such bankruptcy case."

Date   May 11, 2015                                    Signed    /s/ Daniel E. Sexton

**Daniel E. Sexton in his capacity as Sole Member and Manager of Georgetown Mobile Estates East, LLC, a Delaware single member limited liability company, and of Star Lite Development, LLC, a Kentucky single member limited liability company, both of which are the members of Georgetown Mobile Estates, LLC, a Kentucky limited liability company, with Georgetown Mobile Estates East, LLC, being the manager of the Debtor corporation**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Resolution of Board of Directors
of
**Georgetown Mobile Estates, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Daniel E. Sexton** as the Sole Member and Manager of Georgetown Mobile Estates East, LLC, a Delaware single member limited liability company, and of Star Lite Development, LLC, a Kentucky single member limited liability company, both of which are the members of Georgetown Mobile Estates, LLC, a Kentucky limited liability company, with Georgetown Mobile Estates East, LLC, being the manager of the Debtor Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Daniel E. Sexton** is hereby authorized and directed to appear, individually or jointly, in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Daniel E. Sexton** in his capacity as set forth above for and on behalf of this Debtor corporation is authorized and directed to employ **Matthew B. Bunch**, attorney, and the law firm of **Bunch & Brock** to represent the corporation in such bankruptcy case.

Date   May 11, 2015                                               Signed   /s/ Daniel E. Sexton

**Daniel E. Sexton in his capacity as Sole Member and Manager of Georgetown Mobile Estates East, LLC, a Delaware single member limited liability company, and of Star Lite Development, LLC, a Kentucky single member limited liability company, both of which are the members of Georgetown Mobile Estates, LLC, a Kentucky limited liability company, with Georgetown Mobile Estates East, LLC, being the manager of the Debtor corporation**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Georgetown Mobile Estates, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gary House**<br>**1983 State Road 14**<br>**Montour Falls, NY 14865** | **Gary House**<br>**1983 State Road 14**<br>**Montour Falls, NY 14865** | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **722,000.00** |
| **Mark Mauer**<br>**1554 Thurber Road**<br>**Corning, NY 14830** | **Mark Mauer**<br>**1554 Thurber Road**<br>**Corning, NY 14830** | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **200,000.00** |
| **Eldon Asher**<br>**574 Buckingham Lane**<br>**Lexington, KY 40503** | **Eldon Asher**<br>**574 Buckingham Lane**<br>**Lexington, KY 40503** | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **160,000.00** |
| **Theresa Kerr**<br>**% Carroll M. Redford, Attorney**<br>**271 W. Short St., Ste. 600**<br>**Lexington, KY 40507** | **Theresa Kerr**<br>**% Carroll M. Redford, Attorney**<br>**271 W. Short St., Ste. 600**<br>**Lexington, KY 40507** | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **150,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Georgetown Mobile Estates, LLC** Case No. _____
           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sarah and Mitch Taylor c/o Kentucky Horsehoeing School 3612 Lexington Road Richmond, KY 40475 | Sarah and Mitch Taylor c/o Kentucky Horsehoeing School 3612 Lexington Road Richmond, KY 40475 | Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver | Disputed | 140,000.00 |
| Greg & Kristen Cooper | Greg & Kristen Cooper | Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver | Disputed | 115,000.00 |
| Gateway One Lending PO Box 650004 Dallas, TX 75265-0004 | Gateway One Lending PO Box 650004 Dallas, TX 75265-0004 | deficiency from repossession of vehicle | | 29,000.00 |
| Dallas Chad Hodge 3071 Woodstock Dr. Danville, KY 40422 | Dallas Chad Hodge 3071 Woodstock Dr. Danville, KY 40422 | Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver | Disputed | 18,750.00 |
| Wade Pike | Wade Pike | Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver | Disputed | 15,000.00 |
| Tommy Bradley 1870 Mackville Road Harrodsburg, KY 40330 | Tommy Bradley 1870 Mackville Road Harrodsburg, KY 40330 | Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver | Disputed | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Georgetown Mobile Estates, LLC**  
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Sterling Edwards**<br>% Sayles & Evans<br>1 W Church<br>Elmira, NY 14901 | **Sterling Edwards**<br>% Sayles & Evans<br>1 W Church<br>Elmira, NY 14901 | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **15,000.00** |
| **Keith Slaughter**<br>c/o Champion Preferred Automotive<br>2020 Lexington Road<br>Nicholasville, KY 40356-9704 | **Keith Slaughter**<br>c/o Champion Preferred Automotive<br>2020 Lexington Road<br>Nicholasville, KY 40356-9704 | **Money loaned by creditor which was obtained through Jonathan Williams without authority of GME or Daniel E. Sexton. Proceeds of loan have not been ver** | **Disputed** | **11,000.00** |
| **Richard Murphy**<br>Richard V. Murphy, PLC<br>250 W. Main St., Ste. 2950<br>Lexington, KY 40507 | **Richard Murphy**<br>Richard V. Murphy, PLC<br>250 W. Main St., Ste. 2950<br>Lexington, KY 40507 | **attorney fees** | | **8,000.00** |
| **Richard M. Rawdon, Jr.**<br>142 E. Main St.<br>Georgetown, KY 40324 | **Richard M. Rawdon, Jr.**<br>142 E. Main St.<br>Georgetown, KY 40324 | **attorney fees** | | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Georgetown Mobile Estates, LLC**                                    Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 11, 2015**                                    Signature  **/s/ Daniel E. Sexton**
                                                                      **Daniel E. Sexton**
                                                                      **Member Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Georgetown Mobile Estates, LLC**                          ,   Case No. _____

　　　　　　　　　　　　　Debtor

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Georgetown Mobile Estates East, LLC**<br>**101 Dale Drive**<br>**Georgetown, KY 40324** | **Membership** | **30%** | **LLC Ownership Interest** |
| **Star Lite Development, LLC**<br>**101 Dale Drive**<br>**Georgetown, KY 40324** | **Membership** | **70%** | **LLC Ownership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　　I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 11, 2015**                              Signature   **/s/ Daniel E. Sexton**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Daniel E. Sexton**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Member Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Georgetown Mobile Estates, LLC**                 Case No.
                                       Debtor(s)              Chapter    **11**

## VERIFICATION OF MAILING LIST MATRIX

I, the Member Manager of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __5__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **May 11, 2015**               **/s/ Daniel E. Sexton**
                                                **Daniel E. Sexton**/**Member Manager**
                                                Signer/Title

I, _____**Matthew B. Bunch**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __5__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **May 11, 2015**               **/s/ Matthew B. Bunch**
                                                 Signature of Attorney
                                                **Matthew B. Bunch**
                                                **Bunch & Brock**
                                                **271 W. Short Street**
                                                **805 Security Trust Building**
                                                **Lexington, KY 40507-1217**
                                                **(859) 254-5522**

```
Bowles Rice, LLP
c/o Donald M. Wakefield, Esq.
333 W. Main St., Ste. 1700
Lexington KY 40507


CFLane, LLC
303 Perimeter Center North
Suite 201
Atlanta GA 30346


Commonwealth of Kentucky
c/o Wayne P. Cook
110 W. Vine Street, 2nd Floor
Lexington KY 40507


Dallas Chad Hodge
3071 Woodstock Dr.
Danville KY 40422


Daniel Sexton
PO Box 846
Paris KY 40362


DES Realty, LLC
101 Dale Drive
Georgetown KY 40324


DS Realty, LLC
101 Dale Drive
Georgetown KY 40324


Eldon Asher
574 Buckingham Lane
Lexington KY 40503


Fayette County Sheriff
PO Box 34148
Lexington KY 40588-4148


Gary House
1983 State Road 14
Montour Falls NY 14865
```

```
Gateway One Lending
PO Box 650004
Dallas TX 75265-0004


Glenn M. Williams, Esq.
Scott County Attorney's Office
198 E. Washington Street
Georgetown KY 40324


Greg & Kristen Cooper



Greg and Heather Scheller
c/o Alex L. Scutchfield, Esq.
Scutchfield Law, PLLC
501 Darby Creek Road, Ste. 2
Lexington KY 40509


Greg and Heather Scheller
% Wyatt Tarrant & Combs, LLP
250 W Main St., Ste. 1600
Lexington KY 40507


Ian T. Ramsey, Esq.
Stites & Harbison PLLC
400 W. Market Street, #1800
Louisville KY 40202


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


James Robert Williamson, Esq.
Stites & Harbison, PLLC
400 W. Market Street, #1800
Louisville KY 40202


John Thomas Rawlings, Jr.
Bowles Rice, LLP
333 W. Vine Street, #1700
Lexington KY 40507


Jonathan C. Williams
Jonathan C. Williams, CPA, PSC
105 Yates Ct.
Nicholasville KY 40356
```

```
Keith Slaughter
c/o Champion Preferred Automotive
2020 Lexington Road
Nicholasville KY 40356-9704


Kentucky Revenue Cabinet
Attn: Leanne Warren
PO Box 5222
Frankfort KY 40602-0491


Kevin Balcirak
% Carroll M. Redford, Attorney
271 W. Short St., Ste 600
Lexington KY 40507


Laurence J. Zielke, Esq.
Pedley, Zielke, Gordinier & Pence PLLC
462 S. 4th Street
1250 Meidinger Tower
Louisville KY 40202


LFUCG
Division of Revenue
200 E. Main St., 2d Floor Switow Bldg
Lexington KY 40507


Little Joe Mobile Home Sales, Inc.
101 Dale Dr.
Georgetown KY 40324


Mark Mauer
1554 Thurber Road
Corning NY 14830


Midland Loan Services
3445 Peachtree Rd., NE Ste 1150
Atlanta GA 30326


Rebecca Feasby
% Getty Law Group, PLLC
250 W. Main St., Ste. 1900
Lexington KY 40507


Richard M. Rawdon, Jr.
142 E. Main St.
Georgetown KY 40324
```

```
Richard Murphy
Richard V. Murphy, PLC
250 W. Main St., Ste. 2950
Lexington KY 40507


Richard Whitaker, Esq.
Bowles Rice, LLP
333 W. Vine Street, #1700
Lexington KY 40507


Sam Ward Plumbing, LLC
c/o R. Bruce Lankford, Esq.
Lankford & Lankford
300 E. Main Street
Georgetown KY 40324


Sarah and Mitch Taylor
c/o Kentucky Horsehoeing School
3612 Lexington Road
Richmond KY 40475


Scott County Sheriff's Office
120 N. Hamilton
Georgetown KY 40324


Scott County, Kentucky
c/o J. Clay McKnight, Esq.
198 E. Washington Street
Georgetown KY 40324


Sheila Flynn
160 Robin Rd.
Georgetown KY 40324


Sterling Edwards
% Sayles & Evans
1 W Church
Elmira NY 14901


Theresa Kerr
% Carroll M. Redford, Attorney
271 W. Short St., Ste. 600
Lexington KY 40507
```

```
Tommy Bradley
1870 Mackville Road
Harrodsburg KY 40330


US Bank National Association, Trustee
c/o Midland Loan Services, a Div of PNC
Timothy Thompson of Stites & Harbison
400 W. Market Street, Suite 1800
Louisville KY 40202-3352


Wade Pike
```

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Georgetown Mobile Estates, LLC**             Case No.
                                               Debtor(s)              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Georgetown Mobile Estates, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Georgetown Mobile Estates East, LLC**
**101 Dale Drive**
**Georgetown, KY 40324**

**Star Lite Development, LLC**
**101 Dale Drive**
**Georgetown, KY 40324**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2015** | **/s/ Matthew B. Bunch** |
| Date | **Matthew B. Bunch** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Georgetown Mobile Estates, LLC** |
| | **Bunch & Brock** |
| | **271 W. Short Street** |
| | **805 Security Trust Building** |
| | **Lexington, KY 40507-1217** |
| | **(859) 254-5522** |