**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE: GEORGETOWN MOBILE ESTATES, LLC                                        CHAPTER 11

   DEBTOR                                                                                                              CASE NO. 15-50945

## MOTION FOR TURNOVER OF PROPERTY FROM RECEIVER

Comes **GEORGETOWN MOBILE ESTATES, LLC,** as Debtor in the above-referenced chapter 11 bankruptcy case (hereinafter, the "Debtor"), and hereby moves the Court for an order requiring the turnover of property in the possession, custody and control of the Receiver, being CFLane, LLC, of Atlanta, GA, as appointed by the U.S. District Court for the Eastern District of Kentucky, in Case #5:14-cv-170, and to protect all entities in which the Receiver has become obligated with respect to such property or proceeds, product, offspring, rents or profits of such property pursuant to Title 11 of the United States Code, § 543. In support of this Motion, the Debtor states, as follows:

1.   **Bankruptcy Procedural Background:**   On May 11, 2015, the Debtor filed its voluntary bankruptcy petition for relief under chapter 11 of title 11 of the United States Code (the "Code"). The Debtor's business operation has been operating under the appointment of a Receiver, being CFLane, LLC, pursuant to the orders of the U.S. District Court in Case #5:14-cv-170.  Upon the entry of the order of relief, the Debtor now seeks to operate its business as debtor and debtor-in-possession pursuant to Code §§ 1107(a) and 1108 as the Debtor has requested the Receiver turn over property of the estate pursuant to § 543. A demand letter has been emailed and mailed by U.S. Mail, first class postage prepaid, upon the Receiver, c/o

1

Victor Roth, 303 Perimeter Center North, Suite 201, Atlanta, GA 30346. A true and correct copy of that letter is attached hereto as **Exhibit 1**.

2. **Jurisdiction:** This Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. § 157(b)(1). Venue of this case and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. No request has been made for the appointment of a trustee or examiner, and no committee has been appointed in this case.

3. **Debtor's Background:** The Sexton family business has operated the mobile home park in Scott/Fayette County for 40+ years. The business has been operated successfully for three generations, and Daniel E. Sexton is the grandson and heir to the family-owned business. In 2006, he inherited it from his mother's estate by deeds dated March 22, 2006, as recorded in DB 299, Pg. 703, in the Scott County Clerk's Office, and as recorded in BD 2643, Pg. 421; BD 2631, Pg. 428; BD 2632, Pg. 92 in the Fayette County Clerk's Office. Those deeds consist of 3 mobile home parks, known as Spindletop, Spindletop Village and Ponderosa. A portion of the Ponderosa mobile home park is located in Fayette County with the main park and office in Scott County.

4. **Historical Lending Background**: After 2006, Mr. Sexton, through a CPA friend named Jonathan Williams in Nicholasville, KY, helped him borrow against the property to pay his mother's estate taxes and for a return of equity. In 2011, the Debtor borrowed $10 million from C3 Corp for a one year short term loan. Williams was hired to operate the Debtor's business and paid bills to creditors. Inconsistent payments were made to C3 Corp, and a default was declared. Mr. Sexton refinanced that loan with a commercial mortgage backed security "CMBS

Loan" on May 16, 2013 for $10,750,000 ("CMBS Loan"). The FMV of the real estate was appraised between $14-18 million. The CMBS Loan was serviced by Midland Loan Services and was a complicated transaction.[1] After closing, Jonathan Williams continued to operate the business and was supposed to pay creditors, but he failed to pay any monthly payments to Midland of $87,217.98. Upon knowledge of the default, Mr. Sexton fired Jonathan Williams on January 20, 2014.

5.   **Debtor's Physical Location:**   The Debtor is a Kentucky corporation with headquarters in Georgetown, Scott County, Kentucky. Originally incorporated on January 23, 2006, the Debtor operates a mobile home park in three areas on the county line of Scott and Fayette, Kentucky. Income is from the rental of the real estate lots to a maximum of 504 customers. Historically, the occupancy rate was 92%. Services are required to maintain private roads, road signs and an on-site water treatment plant. Rent is collected and bills are paid to vendors and service companies. To service this operation, the Debtor maintains an office located on site at 101 Dale Drive, Georgetown, KY, with 3 employees.

6.   **Members of the Debtor:**   Prior to the CMBS Loan, Daniel E. Sexton owned a 30% membership interest in the Debtor. He was also the sole manager and member of Star Lite Development, LLC, which held a 70% membership interest in the Debtor. As part of the CMBS

---

[1] CMBS type loans are frequently less desired to finance multi-unit residential real estate because lenders typically charge higher interest rates and procure non-recourse loans with extremely strict and unforgiving terms and conditions. These loans, issued through banks, bundled together by Wall Street, are sold as securities. They were the crux of the financial meltdown in the last seven years. CMBS loans are serviced by servicing agents who typically look for the first opportunity to commence foreclosures in the event of the slightest default. In this case, Midland Loan Services is a 'for profit' subsidiary of PNC Bank that aggressively pursues troubled real estate assets, particularly when they recognize a high real estate value to debt. These lenders are usually unforgiving, even when a borrower has the ability to correct the default, which in this case Georgetown Mobile Estates did. Unfortunately, the person responsible for making the loan payments failed to do so and re-directed the funds for personal use. Instead of allowing a short term cure after the person responsible for failing to pay the debt was fired, foreclosure proceedings commenced in April, 2014.

3

Loan, Mr. Sexton's individual interest was required to be transferred to a corporation in Delaware, so he created Georgetown Mobile Estates East, LLC, a Delaware single member limited liability company ("GME East"). GME East is identified as the manager of the Debtor. Mr. Sexton did not directly manage the subject property on a daily basis until the defaults were occurring as he had entrusted this responsibility to his accountant, Jonathan Williams, to oversee park operations. This included the collection of rents, payment of expenses and to make mortgage payments from the rents collected.

7.  **Midland's Foreclosure Action:**  By the time Mr. Sexton had taken back full control of the Debtor after firing Williams on January 20, 2014, the CMBS Loan had been shifted to Special Servicing at Midland. Midland initiated the foreclosure proceeding in the U.S. District Court for the Eastern District of Kentucky on April 28, 2014, and obtained a judgment and order of sale on February 18, 2015. An auction was scheduled for Monday, May 11, 2015, at noon, which precipitated the filing of this petition.

8.  **Receiver:**  During the pendency of the foreclosure action, the U.S. District Court appointed a Receiver, CFLane, LLC, from Atlanta, GA, to operate the Debtor by order dated May 29, 2014. The Receiver currently employs three (3) employees to manage the company. Prior to the Receiver's appointment, 92% of the 504 available lots were rented. After the Receiver's appointment, its February 2015 report indicated that approximately 72% of the units are currently rented. Lots rent from $315 to $365 depending on water/sewage hook-up lines. The average gross rental income is approximately $150,000 per month. The monthly mortgage payment and overhead expenses, including the $87,217.98 mortgage payment, were approximately $100,000, thereby leaving funds available each month to formulate a payback

plan to the unsecured creditors.

9.      **Bankruptcy Plan:** The Debtor is in the process of implementing a business plan designed to reduce costs, improve operations, increase lot rental, and enhance the Debtor's long-term viability. The Debtor believes that these changes along with its cost cutting measures of retaining lower management costs, focused marketing techniques, and a restructuring of debt obligation will enable the Debtor to undergo a successful reorganization.

### Relief Requested

10.     The Debtor respectfully requests this Court to enter an order compelling the Receiver, CFLane, LLC, to turn over all of the Debtor's property in his possession, custody and control, to file a final report and to protect all entities in which the Receiver has become obligated with respect to such property or proceeds, product, offspring, rents or profits of such property pursuant to Title 11 of the United States Code, § 543.

11.     Prior to the appointment of the Receiver, GME's occupancy rate of 92% of the 504 available lots for rent. After the Receiver took control of the operations, it reported in its monthly reports that the occupancy rate decreased substantially to 72%. Since the majority of the tenants pay $315 per lot per month, that is a difference of $31,500 (100 lots x $315). Mr. Sexton's experience and skill has blossomed to close to 100% occupancy and he has selected a management company to make all day to day decisions at a reduced flat rate fee plus actual expenses, which is less than the Receiver's fees. Mr. Sexton will supervisor and perform all duties necessary to maximize rental units.

**WHEREFORE**, the Debtor respectfully requests the Court to enter an Order approving these notice procedures, and for all other relief to which the Debtor may appear entitled.

**NOTICE** is hereby given that the Debtor will bring this Motion on for expedited telephonic hearing on Thursday, May 14, 2015 at 2:00 p.m., with the Toll Free Call-in Number of 1-888-363-4749 with Participant Code Number of 6879731 with Security Code Number of 22852, before this Honorable United States Bankruptcy Court for the Eastern District of Kentucky.

        Respectfully submitted,

        **BUNCH & BROCK**

        **By:**   **/s/ Matthew B. Bunch**
              **MATTHEW B. BUNCH, ESQ.**
              **PETER J. W. BRACKNEY, ESQ.**
              271 West Short Street, Suite 805
              Lexington, Kentucky 40507
              (859) 254-5522
              (859) 233-1434 facsimile

        **PROPOSED ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

This is to certify that this the 11th day of May, 2015, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, to all attorneys of record and by email and/or U.S. Mail, postage prepaid, to CFLane, LLC, c/o Victor Roth, 303 Perimeter Center North, Suite 201, Atlanta, GA 30346 and to the creditors identified in the Petition, and by email to vroth@cflane.com.

**/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**

# BUNCH & BROCK
ATTORNEYS AT LAW

|  |  |  |
|---|---|---|
| W. THOMAS BUNCH<br>W. THOMAS BUNCH II<br>MATTHEW B. BUNCH<br>CARYN L. BELOBRAIDICH<br>PETER J.W. BRACKNEY | 805 SECURITY TRUST BUILDING<br>271 WEST SHORT STREET<br>LEXINGTON, KENTUCKY 40507-1226<br><br>P.O. BOX 2086<br>LEXINGTON, KENTUCKY 40588-2086 | TELEPHONE<br>(859) 254-5522<br>FACSIMILE<br>(859) 233-1434<br>EMAIL<br>Matt@BunchLaw.com<br><br>-Of Counsel-<br>DAN D. BROCK, JR<br>GAIL M. BUNCH |

May 11, 2015

*Via Electronic Mail and by U.S. Mail*:   vroth@cflane.com

CFLane, LLC
c/o Victor Roth
303 Perimetr Center North
Suite 201
Atlanta, GA 30346

      Re:   *In re: Georgetown Mobile Estates, LLC*, United States Bankruptcy Court
            for the Eastern District of Kentucky, Lexington Division, Case #15-50945

Dear Mr. Roth:

      Please be advised that our law firm has been retained to represent Georgetown Mobile Estates, LLC (hereinafter referred to as "GME"), in a chapter 11 bankruptcy that was filed in the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division, being Case #15-50945, on May 11, 2015, at 9:42 a.m. Pursuant to Title 11 of the United States Code, Section 543(b), the Debtor, being GME, hereby demands that CFLane, LLC, as the court-appointed receiver of GME's property by the U.S. District Court for the Eastern District of Kentucky in Case #5:14-cv-170, deliver any property that is held in your possession, custody or control, including all proceeds, product, offspring, rents, or profits of such property, to GME, c/o Daniel E. Sexton, PO Box 846, Paris, KY 40362, and file a final accounting of all such transactions. As proof of GME's bankruptcy filing, enclosed hereto please find a Receipt of Filing. Also enclosed please find a Notice of Abatement Due to Bankruptcy.

If you have any questions, please do not hesitate to contact me at your convenience. Thank you, and I remain,

Yours truly,

MATTHEW B. BUNCH

Enclosure: Receipt of Filing and Notice of Abatement Due to Bankruptcy
cc: Daniel E. Sexton    (via email)

**Matthew Bunch**

| | |
|---|---|
| **From:** | KYEBml_ECF_DO_NOT_Reply@kyeb.uscourts.gov |
| **Sent:** | Monday, May 11, 2015 9:43 AM |
| **To:** | ecf_notification@kyeb.uscourts.gov |
| **Subject:** | 15-50945 Chapter 11 Voluntary Petition - case upload |

**ATTENTION**

**This message was delivered to you by an automated alert system. Please do not reply to this message using your email reply feature.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

United States Bankruptcy Court

Eastern District of Kentucky

Notice of Bankruptcy Case Filing

The following transaction was received from Matthew B Bunch entered on 5/11/2015 at 9:42 AM EDT and filed on 5/11/2015

**Case Name:**    Georgetown Mobile Estates, LLC
**Case Number:**    15-50945
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition, Fee Amount $1717 filed by Matthew B Bunch on behalf of Georgetown Mobile Estates, LLC. (Bunch, Matthew)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Short Form Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=993667351 [Date=5/11/2015] [FileNumber=12758170-0
] [978e29adb011dd3764dd70836c596f3e4d0791a719aaf546e29fc3dfd02e5b3daaa
9134fd5b8df611daef51e96b8973bb94107d9ce4da136a1ee23889da9cd4e]]


**15-50945 Notice will be electronically mailed to:**

Matthew B Bunch on behalf of Debtor Georgetown Mobile Estates, LLC
matt@bunchlaw.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

**15-50945 Notice will not be electronically mailed to:**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:14-cv-170**

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, in Trust for the Holders of
COMM 2013-CCRE8 Mortgage Trust
Commercial Mortgage Pass-Through
Certificates, (a/k/a U.S. Bank National
Association as Trustee for Deutsche
Mortgage & Asset Receiving Corporation,
COMM 2013-CCRE8 Mortgage Trust,
Commercial Mortgage Pass-Through
Certificates) by and through Midland Loan
Services, a Division of PNC Bank National
Association, its Special Servicer                                                                    PLAINTIFF

v.

GEORGETOWN MOBILE ESTATES, LLC,
a Kentucky limited liability company, et.al.                                                         DEFENDANTS

**NOTICE OF ABATEMENT
DUE TO BANKRUPTCY FILING**

**THIS NOTICE DOES NOT CONSTITUTE AN ENTRY OF APPEARANCE IN THE RECORD BY THE UNDERSIGNED COUNSEL**

**NOTICE IS HEREBY GIVEN** that the above-named Defendant-Debtor, **GEORGETOWN MOBILE ESTATES, LLC,** did file a Voluntary Petition seeking relief under Chapter 11 of the United States Bankruptcy Code, Title 11, U.S.C., in the United States Bankruptcy Court, Eastern District of Kentucky, Lexington Division, on May 11, 2015, at the hour of 9:42 a.m., being Case No. 15-50945, and as such, under Section 362 of the aforesaid Code, such filing operates as an automatic stay as described in Title 11, U.S.C., Section 362, of the commencement or continuation of any judicial, administrative or other proceeding against

the Debtor to recover a claim against the Debtor that arose before the commencement of the bankruptcy; to enforce a judgment obtained before bankruptcy against the debtor; to take any action to collect or recover a claim that arose before bankruptcy; including but not limited to, any claim for the sale or division of certain assets relating to indebtedness and/or liabilities, subject to certain federal exceptions, to enforce a lien against the Petitioner-Debtor's property in custody of the bankruptcy court or any lien obtained before bankruptcy court or any lien obtained before bankruptcy by attachment, judgment, levy or other legal or equitable process or proceedings; and said stay shall continue until the bankruptcy court shall for cause shown terminate, annul, modify or condition such stay, which can only be accomplished by compliance with Rule 4001, Bankruptcy Rules of Procedure, effective August 1, 1983, pursuant to authority issued from the Judicial Conference of the United States, Washington, D.C.

Respectfully submitted,

**BUNCH & BROCK**

**BY:**   **/s/ Matthew B. Bunch**
      **MATTHEW B. BUNCH, ESQ.**
      805 Security Trust Building
      271 West Short Street
      P. O. Box 2086
      Lexington, Kentucky 40588-2086
      (859) 254-5522
      (859) 233-1434 Facsimile

**ATTORNEY FOR DEBTOR**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this the 11th day of May, 2015, a true and correct copy of the foregoing Notice of Abatement Due to Bankruptcy Filing has been served by upon the Clerk of the Court (original) with copies to electronically mailed via the Court's CM/ECF system and by email upon:

James R. Williamson, Esq.      via email:   jwilliamson@stites.com
Stites & Haribson, PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352
**ATTORNEYS FOR PLAINTIFF**

Richard C. Whitaker, Esq.      via email: rwhitaker@bowleesrice.com
J. Thomas Rawlings, Esq.      via email: trawling@bowlesrice.com
Bowles Rice LLP
333 W. Vine Street, Suite 1700
Lexington, KY 40507
**ATTORNEYS FOR DEFENDANT**

James H. Frazier, III, Esq.      via hand deliver
Master Commissioner
201 E. Main Street, Suite 900
Lexington, KY   40507


   **/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**