**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE: CHAPTER 11

    GEORGETOWN MOBILE ESTATES, LLC

    DEBTOR                                                           CASE NO. 15-50945

**ORDER DESIGNATING INDIVIDUAL TO PERFORM DUTIES OF DEBTOR**

    Based upon the corporate resolution of the Debtor filed herein, Daniel E. Sexton, is hereby designated as the individual who shall perform the duties of the Debtor as set forth in Bankruptcy Rule 4002, pursuant to local rule 1002-3 and Bankruptcy Rule 9001(5)(A).

Tendered by:

**BUNCH & BROCK**


**By:**     /s/ Matthew B. Bunch
           **MATTHEW B. BUNCH, ESQ.**
           271 West Short Street
           805 Security Trust Building
           P.O. Box 2086
           Lexington, Kentucky 40588-2086
           (859) 254-5522

**ATTORNEYS FOR DEBTOR**