## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:                                                                                          CHAPTER 11

    GEORGETOWN MOBILE ESTATES, LLC

        DEBTOR                                                        CASE NO. 15-50945

### ORDER DESIGNATING INDIVIDUAL TO PERFORM DUTIES OF DEBTOR

    Based upon the corporate resolution of the Debtor filed herein, Daniel E. Sexton, is hereby designated as the individual who shall perform the duties of the Debtor as set forth in Bankruptcy Rule 4002, pursuant to local rule 1002-3 and Bankruptcy Rule 9001(5)(A).

Tendered by:

**BUNCH & BROCK**

**By:**   /s/ Matthew B. Bunch
       **MATTHEW B. BUNCH, ESQ.**
       271 West Short Street
       805 Security Trust Building
       P.O. Box 2086
       Lexington, Kentucky 40588-2086
       (859) 254-5522

**ATTORNEYS FOR DEBTOR**

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, May 13, 2015**
   (tnw)