**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N Wise**

IN RE:                                                                                         CASE NUMBER 15-50945

    Georgetown Mobile Estates, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 5/14/2015                                                                                           TIME: 02:00

APPEARANCES:

    Dodson, Rachelle
    Dellavalle, Glen
    Burgess, Brad
    Reynolds, Randy
    Sexton, Danny
    Bunch, Matthew
    House, Gary
    Rose, Don
    Meldrum, Brian

ISSUE:

| 7 | 5/11/2015 | Motion for Turnover of Property by Receiver to the Debtor's Designated Representative, filed by Georgetown Mobile Estates, LLC. Hearing scheduled for 5/14/2015 at 2:00 PM (telephonic). (Attachments: # |

DISPOSITION:

    AO

JUDGE'S NOTES:

    continued for status hearing -  5/27, 9:30 a.m.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Tracey N Wise**
**Bankruptcy Judge**
**Dated: Thursday, May 14, 2015**
(sms)