**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Tracey N Wise**

IN RE:                                                                                               CASE NUMBER 15-50945

    Georgetown Mobile Estates, LLC

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 5/14/2015                                                                                  TIME: 02:00

APPEARANCES:
    Dodson, Rachelle
    Dellavalle, Glen
    Burgess, Brad
    Reynolds, Randy
    Sexton, Danny
    Bunch, Matthew
    House, Gary
    Rose, Don
    Meldrum, Brian

ISSUE:

| 14 | 5/11/2015 | Motion to Approve, filed by Georgetown Mobile Estates, LLC. Hearing scheduled for 5/14/2015 at 2:00 PM (telephonic). (Attachments: # 1 Proposed Order) (Bunch, Matthew) |

DISPOSITION:
    AO

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
**Tracey N Wise**
**Bankruptcy Judge**
**Dated: Thursday, May 14, 2015**
**(sms)**