UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Lexington Division

In re:

Georgetown Mobile Estates, LLC

Debtor.

Case No. 15-50945
Chapter 11

### Appointment of Official Committee of Unsecured Creditors

Samuel K. Crocker, United States Trustee, pursuant to 11 U.S.C. § 1102(a)(1), appoints the following creditors to serve on the Official Committee of Unsecured Creditors:

**Gary House**
1983 State Route 14
Montour Falls, NY 14865
(607) 535-0005 Telephone
(607) 535-2644 Fax
Honda400EX1@aol.com
**Interim Chair**

**Mark Mauer**
1554 Thurber Road
Corning, NY 14830
(607) 368-3515 Telephone
(607) 962-5102 Fax
skidoc32@gmail.com

**Sarah Spivey Taylor**
450 West 6th Street
Lexington, KY 40508
(859) 575-4063 Telephone
sarah@khsus.com

The United States Trustee reserves the right to modify the composition of this Committee if circumstances warrant.

Dated: May 21, 2015

**Samuel K. Crocker**
United States Trustee

By: */s/ Rachelle C. Dodson*
    John L. Daugherty
    Assistant U.S. Trustee
    Rachelle C. Dodson
    Trial Attorney
    Office of the U.S. Trustee
    100 E. Vine St., Suite 500
    Lexington, KY 40507
    (859) 233-2822

**Certificate of Service**

I certify that on May 21, 2015, I served a copy of the foregoing (i) via first class mail, postage prepaid, upon the above Committee members and all parties in interest on the mailing matrix for this case, and (ii) via ECF noticing upon all parties registered to receive notice electronically.

*/s/ Rachelle C. Dodson*
Rachelle C. Dodson