**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **CHAPTER 11** |
| **GEORGETOWN MOBILE ESTATES, LLC** | ) | |
| **Debtor** | ) | **CASE NO. 15-50945** |
| | ) | |
| | ) | **Judge Tracey N. Wise** |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that C. Thomas Ezzell of The Getty Law Group, PLLC respectfully enters his appearance on behalf of Gary House. Hereafter, please send all notices to the undersigned.

Respectfully submitted,

/s/C. Thomas Ezzell
C. THOMAS EZZELL

THE GETTY LAW GROUP PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Tel: (859) 259-1900
Fax: (859) 259-1909
tezzell@gettylawgroup.com

COUNSEL FOR GARY HOUSE

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Entry of Appearance and Request for Service of Gary House was served this 10th day of June, 2015, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures, upon all parties in the electronic filing system in this case.

/s/ C. Thomas Ezzell
Counsel For Gary House

amspld0332